# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEBORAH L. ADAMS

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5437RBL/JKA

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

That costs in the amount of $350.00 and attorney fees in the amount of $6,609.20 be awarded to plaintiff.

| | |
|---|---|
|   July 22, 2008 |   BRUCE RIFKIN |
| Date | Clerk |
| | |
| |   s/Caroline M. Gonzalez |
| | Deputy Clerk |